CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKD
JAN 19 2010
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT EARL MARSHALL, ) | Civil Action No. 7:09-cv-00424 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| WARDEN TERRY O'BRIEN, ) | By: Hon. Jackson L. Kiser | |
| Respondent. ) | Senior United States District Judge | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is

**DISMISSED** without prejudice for lack of jurisdiction or failing to state a claim upon which

relief may be granted and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum

opinion to the petitioner.

ENTER: This 19th day of January, 2010.

Senior United States District Judge